# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Terrence Frederick Cooke            Docket No. 5:03-CR-162-1BO

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terrence Frederick Cooke, who, upon an earlier plea of guilty to 21 U.S.C §§ 841(b)(1)(A) and 846, Conspiracy to Distribute and Possess With Intent to Distribute at Least 50 Grams of Cocaine Base, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 22, 2003, to the custody of the Bureau of Prisons for a term of 120 months. On July 16, 2005, due to the Government's Motion for Reduction Pursuant to Rule 35, the defendant's sentence was reduced to 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Terrence Frederick Cooke was released from custody on April 9, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since the defendant's release, he has only been sporadically employed. To assist him with job readiness skills, we are recommending that the conditions of supervision be modified to include vocational training, cognitive behavioral training, and educational services. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a vocational training program as directed by the probation office. Such program may include job readiness training and skills development training.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

3. The defendant shall participate in an educational services program as directed by the probation officer. Such program may include GED preparation, English as a Second Language classes, and other classes designed to improve the defendant's proficiency in skills such as reading, writing, mathematics, or computer use.

Terrence Frederick Cooke
Docket No. 5:03-CR-162-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
1760 Parkwood Blvd., Room 201
Wilson, NC 27893-3564
Phone: (252) 237-0788
Executed On: August 12, 2010

## ORDER OF COURT

Considered and ordered this 13 day of August, 2010, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge